JANET SESSOMS v. ATLANTIC COAST LINE RAILROAD COMPANY.

(Filed 1 November, 1935.)

Appeal and Error J d—

    Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by plaintiff from *Parker, J.,* at March Term, 1935, of SAMPSON.

Civil action to recover damages for an alleged negligent injury resulting from crossing collision when the automobile in which plaintiff was riding as a guest—returning from a dance at White Lake—was driven into a box car of defendant's freight train standing across the highway at Garland, N. C., at about 2:05 a.m. on the morning of 16 May, 1933.

The plaintiff invokes the doctrine announced in *Dickey v. R. R.,* 196 N. C., 726, 147 S. E., 15; *Dudley v. R. R.,* 180 N. C., 34, 103 S. E., 905; *Blum v. R. R.,* 187 N. C., 640, 122 S. E., 562; *Leathers v. Tobacco Co.,* 144 N. C., 330, 57 S. E., 11; *Duffy v. R. R., ib.,* 26, 56 S. E., 557; *Alexander v. R. R.,* 112 N. C., 720, 16 S. E., 896.

The defendant relies upon the decisions in *Baker v. R. R.,* 205 N. C., 329, 171 S. E., 342; *Batchelor v. R. R.,* 196 N. C., 84, 144 S. E., 542; *Eller v. R. R.,* 200 N. C., 527, 157 S. E., 800; *Goldstein v. R. R.,* 203 N. C., 166, 165 S. E., 337; *Herman v. R. R.,* 197 N. C., 718, 150 S. E., 361; *Weston v. Ry. Co.,* 194 N. C., 210, 139 S. E., 237.

From a judgment of nonsuit entered at the close of all the evidence, the plaintiff appeals, assigning errors.

HAYES *v.* HICKORY.

*Butler & Butler for plaintiff.*
*Graham & Grady and Carr, Poisson & James for defendant.*

PER CURIAM. The Court being equally divided in opinion, Brogden, J., not sitting, the judgment of the Superior Court is affirmed in accordance with the usual practice in such cases, and stands as the decision in this case without becoming a precedent. *Smith v. Powell, ante,* 837; *Sondey v. Yates, ante,* 836.

Affirmed.